UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA          :
                                  : CRIMINAL NO. 09-790 (RBK)
                        :
     v.                           :          ORDER
                                  :
                                  :
BRUCE RAISLEY                      :


     This matter having been brought before the Court on the

application of defendant, Bruce Raisley, by his attorney,

John H. Yauch, Esq., Assistant Federal Public Defender, for an

Order seeking to have this matter reassigned from the Camden

vicinage to the Newark vicinage, and for good cause shown,

     IT IS ON this 29th day of MARCH, 2009, hereby

     ORDERED that DEFENDANT'S MOTION TO ~~this matter is referred back to the Clerk of the~~ THIS MATTER ~~Court for~~ reassignment from the Camden vicinage to the Newark

vicinage. IS HEREBY DENIED



                    _____
                    HONORABLE GARRETT E. BROWN
                    CHIEF UNITED STATES DISTRICT JUDGE