**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

1002 BROAD STREET
NEWARK, NEW JERSEY 07102
(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

March 9, 2011

Honorable Robert B Kugler
United States District Judge
Mitchell H. Cohen United States Courthouse
4th & Cooper Streets
Camden, N.J. 08101

          Re: United States v. Raisley
          No. 09-790(RBK)

Dear Judge Kugler:

    This letter is to confirm that the new sentencing date in the above captioned matter is April 14, 2011 at 10:30 am.

    Thank you for your consideration in this matter.

          Respectfully,

          s/ John H Yauch
          John H. Yauch
          Assistant Federal Public Defender

cc: Erez Liebermann, Esq
    Lee Vartan, Esq
    Mary Jane Fisher, SUSPO
    Bruce Raisley