UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**                              **DATE OF PROCEEDINGS:** 4/15/11

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Chuck McGuire

**OTHERS:**                                     **DOCKET NO:** CR #09-790 (01)

**TITLE OF CASE:**

UNITED STATES OF AMERICA
    (vs)
BRUCE RAISLEY


**APPEARANCES:**
Erez Liebermann, AUSA for Gov.'t.
John H. Yauch, AFPD for deft.
(Deft. Present)


**NATURE OF PROCEEDINGS:** - SENTENCING ON ONE-COUNT SUPERSEDING INDICTMENT

Sentence: Imprisonment - 24 months; Supervised Release - 3 yrs. w/special conditions; Restitution - $90,386.39; Special Assessment - $100

**COURT ADVISED DEFT. OF RIGHT TO APPEAL.**

_____
Deputy Clerk


Time Commenced: 10:15AM          Time Adjourned: 11:10AM